# APPRAISAL OF REAL PROPERTY



### LOCATED AT
3642 Montana St
St Louis, MO 63116-4514
C.B. 2586 Montana St 30x120 Ft Grand Meramec Park Addn Block 2 Lot 18

### FOR
Jason Rennegarbe
3642 Montana St
St Louis, MO 63116

### OPINION OF VALUE
43,000

### AS OF
06/03/2009

## TABLE OF CONTENTS

Invoice ......... 1
Letter of Transmittal ......... 2
Table of Contents/Cover Page ......... 3
Summary Appraisal Report - Residential ......... 4
Building Sketch (Page - 1) ......... 9
Location Map ......... 10
Flood Map ......... 11
Subject Photos ......... 12
Comparable Photos 1-3 ......... 13
Certifications & Limiting Conditions - Residential ......... 14
GLB Act Privacy Notification ......... 16
Appraiser License ......... 17

## AI Reports™
Form 100.03

# Summary Appraisal Report • Residential

| | |
|---|---|
| Client File #: | N/A |
| Appraisal File #: | 10-0202 |

| | |
|---|---|
| Appraisal Company: | Appraise 4 |
| Address: | P O Box 515074, St Louis, MO 63151 |
| Phone: (636) 208-8721 | Fax: N/A | Website: www.appraise4.com |

| Appraiser: Tracie L Baricevic | Co-Appraiser: |
|---|---|
| AI Membership (if any): ☐ SRA ☐ MAI ☐ SRPA ☒ Associate Member | AI Membership (if any): ☐ SRA ☐ MAI ☐ SRPA ☐ Associate Member |
| Professional Affiliation: N/A | Professional Affiliation: |
| E-mail: tracie@appraise4.com | E-mail: |

| Client: Jason Rennegarbe | Contact: Jason Rennegarbe |
|---|---|
| Address: 3642 Montana St, St Louis, MO 63116 | |
| Phone: N/A  Fax: N/A | E-mail: jrenneg@hotmail.com |

### SUBJECT PROPERTY IDENTIFICATION

Address: 3642 Montana St

| City: St Louis | County: St Louis City | State: MO | ZIP: 63116-4514 |
|---|---|---|---|

Legal Description: C.B. 2586 Montana St 30x120 Ft Grand Meramec Park Addn Block 2 Lot 18

| Tax Parcel #: 2586-00-0170-0 | RE Taxes: 1,036.27 | Tax Year: 2009 |
|---|---|---|

| Use of the Real Estate As of the Date of Value: | Single Family Residential |
|---|---|
| Use of the Real Estate Reflected in the Appraisal: | Single Family Residential |
| Opinion of highest and best use (if required): | Single Family Residential |

### SUBJECT PROPERTY HISTORY

Owner of Record: Jason Rennegarbe

Description and analysis of sales within 3 years (minimum) prior to effective date of value:   No sales or transfers of the subject property were noted with in the past 3 years.

Description and analysis of agreements of sale (contracts), listings, and options:   Not applicable to this assignment.

### RECONCILIATIONS AND CONCLUSIONS

| Indication of Value by Sales Comparison Approach | $ 43,000 |
|---|---|
| Indication of Value by Cost Approach | $ N/A |
| Indication of Value by Income Approach | $ N/A |

Final Reconciliation of the Methods and Approaches to Value:   The best indication of value was the Sales Comparison Approach. The Cost Approach and Income Approach were considered but not developed.

| Opinion of Value as of: 06/03/2009 | $ | 43,000 |
|---|---|---|

The above opinion is subject to:  ☐ Hypothetical Conditions   and/or   ☐ Extraordinary Assumptions    cited on the following page.

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).

AI Reports® AI-100.03 Summary Appraisal Report • Residential        © Appraisal Institute 2008, All Rights Reserved        December 2008

Form AI1003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Client: | Jason Rennegarbe | Client File #: | N/A |
|---|---|---|---|
| Subject Property: | 3642 Montana St, St Louis, MO 63116-4514 | Appraisal File #: | 10-0202 |

## ASSIGNMENT PARAMETERS

| Intended User(s): | Jason Rennegarbe, his Attorney and the Bankruptcy court. |
|---|---|
| Intended Use: | Bankruptcy purposes |

*This report is not intended by the appraiser for any other use or by any other user.*

| Type of Value: | Market Value | Effective Date of Value: | 06/03/2009 |
|---|---|---|---|
| Interest Appraised: | ☒ Fee Simple ☐ Leasehold ☐ Other | | |

Hypothetical Conditions: (A hypothetical condition is that which is contrary to what exists, but is asserted by the appraiser for the purpose of analysis. Any hypothetical condition may affect the assignment results.)

Extraordinary Assumptions: (An extraordinary assumption is directly related to a specific assignment and presumes uncertain information to be factual. If found to be false this assumption could alter the appraiser's opinions or conclusions. Any extraordinary assumption may affect the assignment results.)

In accordance with Standard Rule 2-2(b) of the Uniform Standard of Professional Appraisal Practice (USPAP), this is a summary appraisal report.

## SCOPE OF WORK

Definition: The scope of work is the type and extent of research and analysis in an assignment. Scope of work includes the extent to which the property is identified, the extent to which tangible property is inspected, the type and extent of data research, and the type and extent of analysis applied to arrive at credible opinions or conclusions. The specific scope of work for this assignment is identified below and throughout this report.

| Scope of Subject Property Inspection/Data Sources Utilized | Approaches to Value Developed |
|---|---|
| **Appraiser**<br>Property Inspection: ☒ Yes ☐ No<br>Date of Inspection: 02/04/2010<br>Describe scope of Property Inspection, Source of Area Calculations and Data Sources Consulted: A physical inspection of the interior and exterior was preformed. GLA was calculated from the exterior measurements of the property. | **Cost Approach:**<br>☐ Is necessary for credible results and is developed in this analysis<br>☒ Is not necessary for credible results; not developed in this analysis<br>☐ Is not necessary for credible results but is developed in this analysis |
| | **Sales Comparison Approach:**<br>☒ Is necessary for credible results and is developed in this analysis<br>☐ Is not necessary for credible results; not developed in this analysis<br>☐ Is not necessary for credible results but is developed in this analysis |
| **Co-Appraiser**<br>Property Inspection: ☐ Yes ☒ No<br>Date of Inspection: N/A<br>Describe scope of Property Inspection, Source of Area Calculations and Data Sources Consulted: N/A | **Income Approach:**<br>☐ Is necessary for credible results and is developed in this analysis<br>☒ Is not necessary for credible results; not developed in this analysis<br>☐ Is not necessary for credible results but is developed in this analysis |

Additional Scope of Work Comments: In the scope of work for this assignment the appraiser was asked to develop a retrospective opinion of market value as of 06/03/2009. The appraiser has researched and verified data on the subject property and comparable sales from sources felt to be reliable, made a visual exterior & interior inspection of the subject property, made an exterior inspection from the street of the comparable sales, and visually inspected the neighborhood. The development of the cost approach and income approach were not felt necessary to produce a credible report.

I have provided a previous service regarding the subject property within the 3 years prior to this assignment.

Significant Real Property Appraisal Assistance: ☒ None ☐ Disclose Name(s) and contribution:

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).
AI Reports® AI-100.03 Summary Appraisal Report · Residential © Appraisal Institute 2008, All Rights Reserved December 2008
Form AI1003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Client: | Jason Rennegarbe | Client File #: | N/A |
|---|---|---|---|
| Subject Property: | 3642 Montana St, St Louis, MO 63116-4514 | Appraisal File #: | 10-0202 |

## MARKET AREA ANALYSIS

| Location | Built Up | Growth | Supply & Demand | Value Trend | Typical Marketing Time |
|---|---|---|---|---|---|
| ☒ Urban | ☐ Under 25% | ☐ Rapid | ☐ Shortage | ☐ Increasing | ☐ Under 3 Months |
| ☐ Suburban | ☐ 25-75% | ☒ Stable | ☐ In Balance | ☐ Stable | ☒ 3-6 Months |
| ☐ Rural | ☒ Over 75% | ☐ Slow | ☒ Over Supply | ☒ Decreasing | ☐ Over 6 Months |

| Neighborhood Single Family Profile | | Neighborhood Land Use | | Neighborhood Name: Dutchtown | |
|---|---|---|---|---|---|
| Price | Age | | | | |
| 11,000 Low | 70 | 1 Family 90 % | Commercial 4 % | PUD ☐ Condo ☐ HOA: $ N/A/ | |
| 115,000 High | 110 | Condo 1% | Vacant % | Amenities: None Noted | |
| 45,000 Predominant | 90 | Multifamily 5 % | % | | |

**Market area description and characteristics:** The subject neighborhood is bound by Chippewa St to the north, Virginia Ave to the east, Bates to the south and Gravois Ave to the west. Property values in the subjects market area are declining with an over supply of similar property types on the market. Typical marketing time appears to be 3-6 months and over. Mortgage financing is available to qualified buyers. A significate amount of foreclosure activity is noted in the area.

## SITE ANALYSIS

| Dimensions: | 30 x 120 (per county records) | Area: | 0.08 Acres+/- |
|---|---|---|---|
| View: | Residential | Shape: | Rectangular |
| Drainage: | Adequate | Utility: | Average |

| Site Similarity/Conformity To Neighborhood | | Zoning/Deed Restriction | |
|---|---|---|---|
| Size: | View: | Zoning: B; SFR | Covenants, Condition & Restrictions ☐ Yes ☐ No ☒ Unknown |
| ☐ Smaller than Typical | ☐ Favorable | ☒ Legal  ☐ No zoning | Documents Reviewed |
| ☒ Typical | ☒ Typical | ☐ Legal, non-conforming | ☐ Yes ☒ No |
| ☐ Larger than Typical | ☐ Less than Favorable | ☐ Illegal | Ground Rent $ 0/ 0 |

| Utilities | | | | Off Site Improvements | | | |
|---|---|---|---|---|---|---|---|
| Electric | ☒ Public | ☐ Other | | Street | ☒ Public | ☐ Private | Chip/Seal |
| Gas | ☒ Public | ☐ Other | | Alley | ☒ Public | ☐ Private | Chip/Seal |
| Water | ☒ Public | ☐ Other | | Sidewalk | ☒ Public | ☐ Private | Concrete |
| Sewer | ☒ Public | ☐ Other | | Street Lights | ☒ Public | ☐ Private | |

**Site description and characteristics:** The site is subject to typical utilities easements which do not have a negative effect on value. No visually apparent adverse easements, encroachments, special assessments, or obvious adverse environmental conditions observed during the inspection. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions.

## HIGHEST AND BEST USE ANALYSIS

☒ Present Use  ☐ Proposed Use  ☐ Other

**Summary of highest and best use analysis:** In order to determine if the land was being put to its highest and best use, the site was first analyzed as if vacant and available to be improved. During the course of this analysis, several factors were considered: the legally permitted uses; the physical characteristics of the site; the financial feasibility or cost-benefit of a particular type of improvement; the suitability of a potential improvement based on current market conditions; and any foreseeable trends or changes that would significantly impact the land and/or the improvements.

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).
AI Reports® AI-100.03 Summary Appraisal Report · Residential   © Appraisal Institute 2008, All Rights Reserved   December 2008
Form AI1003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Client: | Jason Rennegarbe | Client File #: | N/A |
|---|---|---|---|
| Subject Property: | 3642 Montana St, St Louis, MO 63116-4514 | Appraisal File #: | 10-0202 |

## IMPROVEMENTS ANALYSIS

| General | Design: 1.5 | No. of Units: 1 | No. of Stories: 1.5 | Actual Age: 86 | Effective Age: 35 Yrs |
|---|---|---|---|---|---|
| ☒ Existing ☐ Under Construction ☐ Proposed | ☐ Attached | ☒ Detached | ☐ Manufactured | ☐ Modular | |

Other: N/A

| Exterior Elements | Roofing: Comp Shingle | Siding: Brick | Windows: Single Hung |
|---|---|---|---|
| ☐ Patio | ☐ Deck | ☒ Porch Covered | ☐ Pool | ☐ Fence |

Other: Enclosed porch at rear.

| Interior Elements | Flooring: WD-CTile | Walls: Plaster | ☐ Fireplace # |
|---|---|---|---|
| Kitchen: ☒ Refrigerator ☒ Range ☐ Oven ☐ Fan/Hood ☐ Microwave ☐ Dishwasher | Countertops: Veneer | | |

Other: N/A

| Foundation | ☐ Crawl Space | ☐ Slab | ☒ Basement Full/Minimal Finish |
|---|---|---|---|

Other: N/A

| Attic | ☐ None ☒ Scuttle | ☐ Drop Stair | ☐ Stairway | ☐ Finished |
|---|---|---|---|---|
| Mechanicals | HVAC: FWA | Fuel: Gas | Air Conditioning: Central | |
| Car Storage | ☒ Driveway Rear Pad | ☐ Garage | ☐ Carport | ☐ Finished |
| Other Elements | None Noted | | | |

### Above Grade Gross Living Area (GLA)

| | Living | Dining | Kitchen | Den | Family | Rec. | Bdrms | # Baths | Utility | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level 1 | 1 | 1 | 1 | | | | 1 | 1 | | | 910 |
| Level 2 | | | | | | | 2 | 1 | | | 509 |

| Finished area above grade contains: | Bedroom(s): 3 | Bath(s): 2 | GLA: 1,419 |
|---|---|---|---|

Summarize Above Grade Improvements: The subject property is a 3 bedroom 2 bath home of average quality and dated condition.

### Below Grade Area or Other Area

| | Living | Dining | Kitchen | Den | Family | Rec. | Bdrms | # Baths | Utility | % Finished | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Below Grade | | | | | | 1 | | | | 20 | 910 |
| Other Area | | | | | | | | | | | |

Summarize below grade and/or other area improvements: The below grade area is approximately 20% finished which consists of a partitioned room of fair quality which has no floor covering.

Discuss physical depreciation and functional or external obsolescence: Physical depreciation was noted for normal wear and tear. No functional or external obsolescence was noted.

Discuss style, quality, condition, size, and value of improvements including conformity to market area: The property appears to be adequately maintained and in average condition compared to competing homes in the area. Many homes in the area were found to be dated and in need of modernization. The roof has reached the end of it's life expectancy and is need of being replaced. Some areas of the ceilings are in need of minor repair. The comparables used in this report were found to be in similar condition and no condition adjustments were applied in the sale comparison analysis.

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).
AI Reports® AI-100.03 Summary Appraisal Report · Residential © Appraisal Institute 2008, All Rights Reserved December 2008
Form AI1003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Client: | Jason Rennegarbe | | Client File #: | N/A |
|---|---|---|---|---|
| Subject Property: | 3642 Montana St, St Louis, MO 63116-4514 | | Appraisal File #: | 10-0202 |

## SALES COMPARISON APPROACH

| ITEM | SUBJECT | COMPARISON 1 | | COMPARISON 2 | | COMPARISON 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3642 Montana St<br>St Louis, MO 63116-4514 | 3440 Klocke St<br>St Louis, MO 63118 | | 4555 Adkins Ave<br>St Louis, MO 63116-4514 | | 3620 Neosho St<br>St Louis, MO 63116-4514 | |
| Proximity to Subject | | 0.19 miles SE | | 0.83 miles W | | 0.52 miles SW | |
| Data Source/Verification | | MLS#80010308<br>County Records | | MLS#80055104<br>County Records | | MLS#776429<br>County Records | |
| Original List Price | $ N/A | $ 104,900 | | $ 43,000 | | $ 109,900 | |
| Final List Price | $ N/A | $ 75,000 | | $ 38,700 | | $ 69,900 | |
| Sale Price | $ N/A | $ 42,000 | | $ 40,000 | | $ 45,000 | |
| Sale Price % of Original List | % | 40.0 % | | 93.0 % | | 40.9 % | |
| Sale Price % of Final List | % | 56.0 % | | 103.4 % | | 64.4 % | |
| Closing Date | N/A | 05/29/2009 | | 02/12/2009 | | 10/27/2008 | |
| Days On Market | N/A | 606 | | 111 | | 349 | |
| Price/Gross Living Area | $ | $ 26.42 | | $ 32.79 | | $ 34.30 | |
| | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Financing Type | N/A | Cash | | Conventional | | Conventional | |
| Concessions | N/A | None Noted | | None Noted | | None Noted | |
| Contract Date | N/A | 05/15/2009 | -333 | 01/15/2009 | -1,666 | 10/27/2008 | -2,999 |
| Location | Average | Average | | Average | | Average | |
| Site Size | 0.08 Acres+/- | 0.08 Acres+/- | | 0.10 Acres+/- | | 0.09 Acres+/- | |
| Site Views/Appeal | Average | Average | | Average | | Average | |
| Design and Appeal | 1.5 Story | 1.5 Story | | 1.5 Story | | 2 Story | 0 |
| Quality of Construction | Brick | Brick | | Brick | | Brick | |
| Age | 86 Yrs | 80 Yrs | | 103 Yrs | | 88 Yrs | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Bedrooms | Bedrooms 3 | Bedrooms 2 | +500 | Bedrooms 3 | | Bedrooms 2 | +500 |
| Above Grade Baths | Baths 2 | Baths 1 | +500 | Baths 1.5 | +250 | Baths 1 | +500 |
| Gross Living Area | 1,419 Sq.Ft. | 1,590 Sq.Ft. | -2,600 | 1,220 Sq.Ft. | +3,000 | 1,312 Sq.Ft. | +1,600 |
| Below Grade Area | Full | Full | | Full | | Full | |
| Below Grade Finish | Minimal Finish | Unfinished | +1,000 | Unfinished | +1,000 | Unfinished | +1,000 |
| Other Area | None Noted | None Noted | | None Noted | | None Noted | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/Central | FWA/Central | | Radi/Unknown | +1,500 | FWA/Central | |
| Car Storage | Rear Pad | Garage | -1,000 | Garage | -1,000 | Garage | -1,000 |
| | | | | | | | |
| Net Adjustment (total) | | ☐+ ☒- | $ -1,933 | ☒+ ☐- | $ 3,084 | ☐+ ☒- | $ -399 |
| Adjusted Sale Price | | Net Adj. 4.6 %<br>Gross Adj. 14.1 % | $ 40,067 | Net Adj. 7.7 %<br>Gross Adj. 21.0 % | $ 43,084 | Net Adj. 0.9 %<br>Gross Adj. 16.9 % | $ 44,601 |
| Prior Transfer History | None Noted<br>36 months | None Noted<br>12 months | | 11/17/2008 $39,654<br>07/10/2008 $46,469 | | None Noted<br>12 months | |

Comments and reconciliation of the sales comparison approach: A quantitative analysis was performed involving a direct comparison of the subject property to similar properties with recent market activity. The subject property and comparables were found to be typical of many homes in the neighborhood. The date of sale shown for the comparables are the closed dates.
All comparables have been adjusted in a negative manor to compensate for the decline in the market which has been established to be approximately 10%+/- annually. The annual percentage was broken down into a monthly rate from the date of contract. Additional adjustments applied to comparables were made for market recognized differences. The gross adjustment percentage measures the relative quality of each comparable used in the Sales Comparison Analysis. It was for this reason that most consideration was given to comparables 1 & 3 in the final estimate of value.

| Indication of Value by Sales Comparison Approach | $ 43,000 |
|---|---|

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).
AI Reports® AI-100.03 Summary Appraisal Report · Residential © Appraisal Institute 2008, All Rights Reserved December 2008
Form AI1003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Building Sketch

| Owner | Jason Rennegarbe | | | | |
|---|---|---|---|---|---|
| Property Address | 3642 Montana St | | | | |
| City | St Louis | County St Louis City | State MO | Zip Code | 63116-4514 |
| Client | Jason Rennegarbe | | | | |



Comments:

```
            AREA CALCULATIONS SUMMARY
Code    Description           Net Size     Net Totals
GLA1    First Floor             910.0        910.0
GLA2    Second Floor            509.0        509.0
BSMT    Basement                910.0        910.0
P/P     Porch                   130.0
        Enclosed Porch          125.0        255.0




        Net LIVABLE Area    (Rounded)       1419
```

```
            LIVING AREA BREAKDOWN
        Breakdown                    Subtotals
First Floor
        26.0  x   35.0                910.0
Second Floor
         6.0  x   11.0                 66.0
        13.0  x   29.0                377.0
         6.0  x   11.0                 66.0




4 Items            (Rounded)         1419
```

# Location Map

| Owner | Jason Rennegarbe | | | | |
|---|---|---|---|---|---|
| Property Address | 3642 Montana St | | | | |
| City | St Louis | County St Louis City | State MO | Zip Code | 63116-4514 |
| Client | Jason Rennegarbe | | | | |



Form MAP_LT.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Flood Map

| Owner | Jason Rennegarbe | | | | |
|---|---|---|---|---|---|
| Property Address | 3642 Montana St | | | | |
| City | St Louis | County | St Louis City | State MO | Zip Code 63116-4514 |
| Client | Jason Rennegarbe | | | | |



Form MAP_LT.FLOOD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| Owner | Jason Rennegarbe | | | | |
|---|---|---|---|---|---|
| Property Address | 3642 Montana St | | | | |
| City | St Louis | County | St Louis City | State MO | Zip Code 63116-4514 |
| Client | Jason Rennegarbe | | | | |



**Subject Front**
3642 Montana St
Sales Price  N/A
G.L.A.  1,419
Tot. Rooms  6
Tot. Bedrms.  3
Tot. Bathrms.  2
Location  Average
View  Average
Site  0.08 Acres+/-
Quality  Brick
Age  86 Yrs



**Subject Rear**



**Subject Street**

Form PIC4x6.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

| Owner | Jason Rennegarbe | | | |
|---|---|---|---|---|
| Property Address | 3642 Montana St | | | |
| City | St Louis | County St Louis City | State MO | Zip Code 63116-4514 |
| Client | Jason Rennegarbe | | | |



### Comparable 1
3440 Klocke St
Prox. to Subj. 0.19 miles SE
Sales Price 42,000
G.L.A. 1,590
Tot. Rooms 6
Tot. Bedrms. 2
Tot. Bathrms. 1
Location Average
View Average
Site 0.08 Acres+/-
Quality Brick
Age 80 Yrs



### Comparable 2
4555 Adkins Ave
Prox. to Subj. 0.83 miles W
Sales Price 40,000
G.L.A. 1,220
Tot. Rooms 6
Tot. Bedrms. 3
Tot. Bathrms. 1.5
Location Average
View Average
Site 0.10 Acres+/-
Quality Brick
Age 103 Yrs



### Comparable 3
3620 Neosho St
Prox. to Subj. 0.52 miles SW
Sales Price 45,000
G.L.A. 1,312
Tot. Rooms 6
Tot. Bedrms. 2
Tot. Bathrms. 1
Location Average
View Average
Site 0.09 Acres+/-
Quality Brick
Age 88 Yrs

Form PIC4x6.CR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Client: | Jason Rennegarbe | Client File #: | N/A |
|---|---|---|---|
| Subject Property: | 3642 Montana St, St Louis, MO 63116-4514 | Appraisal File #: | 10-0202 |

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal is subject to the following assumptions and limiting conditions:

- This report is prepared using forms developed and copyrighted by the Appraisal Institute. However, the content, analyses, and opinions set forth in this report are the sole product of the appraiser. The Appraisal Institute is not liable for any of the content, analyses, or opinions set forth herein.
- No responsibility is assumed for matters legal in character or nature. No opinion is rendered as to title, which is assumed to be good and marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, having responsible ownership and competent management.
- I have examined the property described herein exclusively for the purposes of identification and description of the real property. The objective of our data collection is to develop an opinion of the highest and best use of the subject property and make meaningful comparisons in the valuation of the property. The appraiser's observations and reporting of the subject improvements are for the appraisal process and valuation purposes only and should not be considered as a warranty of any component of the property. This appraisal assumes (unless otherwise specifically stated) that the subject is structurally sound and all components are in working condition.
- I will not be required to give testimony or appear in court because of having made an appraisal of the property in question, unless specific arrangements to do so have been made in advance, or as otherwise required by law.
- I have noted in this appraisal report any significant adverse conditions (such as needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) discovered during the data collection process in performing the appraisal. Unless otherwise stated in this appraisal report, we have no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and have assumed that there are no such conditions and make no guarantees or warranties, express or implied. We will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because I am not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable public and/or private sources that I believe to be true and correct.
- I will not disclose the contents of this appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and/or applicable federal, state or local laws.
- The Client is the party or parties who engage an appraiser (by employment or contract) in a specific assignment. A party receiving a copy of this report from the client does not, as a consequence, become a party to the appraiser-client relationship. Any person who receives a copy of this appraisal report as a consequence of disclosure requirements that apply to an appraiser's client, does not become an intended user of this report unless the client specifically identified them at the time of the assignment. The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.
- A true and complete copy of this report contains __**__ pages including exhibits which are considered an integral part of the report. The appraisal report may not be properly understood without access to the entire report.
- If this valuation conclusion is subject to satisfactory completion, repairs, or alterations, it is assumed that the improvements will be completed competently and without significant deviation.

**Additional exhibits are contained in the appraiser work file.

## VALUE DEFINITION

☒ **Market Value Definition (below)**      ☐ Alternate Value Definition (attached)

MARKET VALUE is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Source: *The Dictionary of Real Estate Appraisal*, 4th ed., Appraisal Institute

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).
AI Reports® AI-900.03 Assumptions and Limiting Conditions/Certification      © Appraisal Institute 2008, All Rights Reserved      December 2008

Form AI9003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Client: | Jason Rennegarbe | Client File #: | N/A |
| Subject Property: | 3642 Montana St, St Louis, MO 63116-4514 | Appraisal File #: | 10-0202 |

## APPRAISER CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions, and conclusions.
- I have no present (unless specified below) or prospective interest in the property that is the subject of this report, and I have no (unless specified below) personal interest with respect to the parties involved.
- I have no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon the developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the use of this appraisal.
- My analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- Individuals who have provided significant real property appraisal assistance are named below. The specific tasks performed by those named are outlined in the Scope of Work section of this report.

☒ None  ☐ Name(s) _____

As previously identified in the Scope Of Work section of this report, the signer(s) of this report certify to the inspection of the property that is the subject of this report as follows:

**Property Inspected by Appraiser**       ☒ Yes  ☐ No
**Property Inspected by Co-Appraiser**    ☐ Yes  ☒ No

## ADDITIONAL CERTIFICATION FOR APPRAISAL INSTITUTE MEMBERS

**Appraisal Institute Member Certify:**

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.
- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

| Designated Appraisal Institute Member Certify: | Designated Appraisal Institute Member Certify: |
| --- | --- |
| • As of the date of this report, I ☐ have / ☐ have not completed the continuing education program of the Appraisal Institute. | • As of the date of this report, I ☐ have / ☐ have not completed the continuing education program of the Appraisal Institute. |

| APPRAISER: | CO-APPRAISER: |
| --- | --- |
| Signature _(signed)_ | Signature |
| Name **Tracie L Baricevic** | Name |
| Report Date **02/06/2010** | Report Date |
| Trainee ☐  Licensed ☐  Certified Residential ☒  Certified General ☐ | Trainee ☐  Licensed ☐  Certified Residential ☐  Certified General ☐ |
| License # **2002024282**    State **MO** | License # _____    State _____ |
| Expiration Date **6/30/2010** | Expiration Date |

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).
AI Reports® AI-900.03 Assumptions and Limiting Conditions/Certification      © Appraisal Institute 2008, All Rights Reserved      December 2008
Form AI9003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# PRIVACY NOTICE

Pursuant to the Gramm-Leach-Bliley Act of 1999, effective July 1, 2001, Appraisers, along with all providers of personal financial services are now required by federal law to inform their clients of the policies of the firm with regard to the privacy of client nonpublic personal information. As professionals, we understand that your privacy is very important to you and are pleased to provide you with this information.

### Types of Nonpublic Personal Information We Collect

In the course of performing appraisals, we may collect what is known as "nonpublic personal information" about you. This information is used to facilitate the services that we provide to you and may include the information provided to us by you directly or received by us from others with your authorization.

### Parties to Whom We Disclose Information

We do not disclose any nonpublic personal information obtained in the course of our engagement with our clients to nonaffiliated third parties, except as necessary or as required by law. By way of example, a necessary disclosure would be to our employees, and in certain situations, to unrelated third party consultants who need to know that information to assist us in providing appraisal services to you. All of our employees and any third party consultants we employ are informed that any information they see as part of an appraisal assignment is to be maintained in strict confidence within the firm.

A disclosure required by law would be a disclosure by us that is ordered by a court of competent jurisdiction with regard to a legal action to which you are a party.

### Confidentiality and Security

We will retain records relating to professional services that we have provided to you for a reasonable time so that we are better able to assist you with your needs. In order to protect your nonpublic personal information from unauthorized access by third parties, we maintain physical, electronic and procedural safeguards that comply with our professional standards to insure the security and integrity of your information.

Please feel free to call us an any time if you have any questions about the confidentiality of the information that you provide to us.

