B 250B (Rev. 12/09)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ DISTRICT OF __MISSOURI__

In re
Jason Eric Rennegarbe
                               Debtor(s).

Bankruptcy Case No.
09-45254-399

Jason Eric Rennegarbe

Chapter 13

v.                            Plaintiff(s).

US Bank NA ND
                              Defendant(s).

Adversary Proceeding No.
10-4321-399

All documents regarding this matter must be identified by both Adversary and Bankruptcy Case numbers

## SUMMONS AND NOTICE OF TRIAL
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of Clerk
> U.S. Bankruptcy Court, Eastern District of Missouri
> 111 South Tenth Street, Fourth Floor
> St. Louis, MO 63102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> David Nelson Gunn / Law Offices of Mueller & Haller, LLC
> 1600 S. Brentwood, Ste. 725
> Brentwood, MO 63144

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom |
|---|---|
| United States Bankruptcy Court | 5 North |
| Thomas F. Eagleton Courthouse | Date and Time |
| 111 S. Tenth Street | September 21, 2010 |
| St. Louis, MO 63102 | 9:30 a.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dana C. McWay
*Clerk of the Bankruptcy Court*

July 28, 2010
*Date*

By: /s/Wynne Marie Abernathy
*Deputy Clerk*

# CERTIFICATE OF SERVICE

I, <u>David N. Gunn</u>, certify that I am, and at all times during service of
     (name)
process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>7/29/2010</u> by:
   (date)

■    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

US Bank
Richard Davis, CEO
800 Nicollet Mall
Minneapolis, MN 55402

☐    Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of <u>Missouri</u>,
as follows: [Describe briefly]                                   (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_7/29/10_                 [signature]
*Date*                                      *Signature*

| | |
|---|---|
| **Print Name** | |
| David N. Gunn | |
| **Business Address** | |
| 1600 South Brentwood, Ste 725 | |
| **City** <br> Brentwood | **State**     **Zip** <br> MO        63144 |