UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: Jason E. Rennegarbe,<br><br>    Debtor<br>_____<br><br>Jason E. Rennegarbe,<br><br>    Plaintiff,<br> v.<br><br>US Bank NA ND,<br><br>    Defendant. | CASE NO. 09-45254-399<br>Chapter 13<br><br><br><br>Adversary No. 10-04321-399 |

## **DEFAULT JUDGMENT**

  Judgment is hereby entered in favor of Jason E. Rennegarbe and against US Bank NA ND in accordance with the terms of the Order Granting Motion for Default Judgment entered this day.

DATED: December 22, 2010         _/s/ Barry S. Schermer_
St. Louis, Missouri              Barry S. Schermer
 cke                   Chief United States Bankruptcy Judge

Copies to:

John V. LaBarge, Jr.             Chapter 13 Trustee
Chapter 13 Trustee
PO BOX 430908
St. Louis, MO 63143

David N. Gunn               Counsel for Plaintiff
1600 S. Brentwood Blvd., Ste. 725
St. Louis, MO 63144

US Bank
Attn: Richard Davis, CEO
800 Nicollet Mall
Minneapolis, MN 55402

Jason E. Rennegarbe                                              Plaintiff
3642 Montana Street
St. Louis, MO 63116

Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102